1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

12   **JOSEPH WILLIAMS,**                    C 11-5558 SBA (PR)

13                              Plaintiff,   **ORDER GRANTING DEFENDANTS'**
                                             **MOTION TO CHANGE TIME TO FILE**
14        **v.**                             **DISPOSITIVE MOTION**

15   **M. MARTEL, et al.,**                  Judge:        The Honorable Saundra B.
                                                           Armstrong
16                            Defendants.    Action Filed:  November 17, 2011

17

18        Defendants T. Boerum, M. Martel, J. Robertson, B. Haub, W. Rodriguez, P. Farnsworth, C.

19   MacDonald, R. Briggs, J. Puu, E. Garcia, and D. Stokley (Defendants) have requested a sixty-day

20   extension of time, up to and including May 17, 2013, to file their dispositive motion.  The Court

21   has read and considered Defendants' request and good cause appearing,

22   ///

23   ///

24   ///

25

26

27

28
                                             1

1    IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and

2 including May 17, 2013, to file their dispositive motion, is GRANTED.  Plaintiff's opposition

3 shall be filed and served no later than sixty days after the date Defendants' motion is filed, on or

4 before July 16, 2013.  Defendants shall file a reply no later than fourteen days after Plaintiff's

5 opposition is filed, on or before July 30, 2013.

6

7 Dated:  _4/3/13                                                      _____

8                                                                         The Honorable Sandra B. Armstrong

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[Proposed] Order Granting Defs.' Mot. Change Time (C 11-5558 SBA (PR))

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH WILLIAMS,

       Plaintiff,

  v.

M MARTEL et al,

       Defendant.

_____/

Case Number: CV11-05558 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Williams G-41217
California State Prison - Corcoran
3C03-106L
P.O. Box 3471
Corcoran, CA 93212-3471

Dated: April 3, 2013

                  Richard W. Wieking, Clerk

               By: Lisa Clark, Deputy Clerk

3

[Proposed] Order Granting Defs.' Mot. Change Time (C 11-5558 SBA (PR))