
KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
SAHAR NAYERI
Deputy Attorney General
State Bar No. 275246
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5337
 Facsimile:  (415) 703-1234
*Attorneys for Defendants T. Boerum, M. Martel, J. Robertson, B. Haub, W. Rodriguez, P. Farnsworth, C. MacDonald, R. Briggs, J. Puu, E. Garcia, and D. Stokley*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| **JOSEPH WILLIAMS**, <br><br> Plaintiff, <br><br> v. <br><br> **M. MARTEL, et al.**, <br><br> Defendants. | Case No. C 11-5558 SBA (PR) <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Joseph Williams and Defendants M. Martel, et al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 11-5558 SBA (PR))

1 | Each party shall bear its own litigation costs and attorney's fees.

2 | It is so stipulated.

4 | Dated:   5/07/13                              /s/ Joseph Williams
                                                   Plaintiff

7 | Dated:   5/08/13                              /s/ Sahar Nayeri
                                                   Sahar Nayeri
                                                   Deputy Attorney General
                                                   California Attorney General's Office
                                                   *Attorney for Defendants M. MARTEL, et al.*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated:   5/9/13                                 _____
                                                 The Honorable Saundra B. Armstrong

SF2012204901
20686464.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 11-5558 SBA (PR))